United States District Court
Southern District of Texas
**ENTERED**
July 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JESSICA TOLENTINO-RODRIGUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-05611** |
| | § | |
| **TODD BLANCHE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

**ORDER**

Before the Court is Respondents' Motion to Stay (ECF No. 8). Respondents request that the Court stay its order granting Petitioner's habeas petition pending the Fifth Circuit's *en banc* ruling in *Sosnava Rodriguez*. The Court has already found that the Fifth Circuit's stay does not prevent this Court from ruling on the instant habeas petition. Additionally, the Court has already ordered Petitioner's release in its Order of July 23, 2026. ECF No. 6. Respondents advised the Court on July 27, 2026, that Petitioner was released on July 24, 2026. In its release order, the Court wrote:

> "The Court is aware that the Fifth Circuit recently issued a stay in *Sosnava Rodriguez v. Ortega*, 2026 WL 2104747 (5th Cir. July 21, 2026). . . . [T]he Fifth Circuit's order does not clearly state what precedential effect, if any, it has on the district courts in general. Such a stay is 'not conclusive as to the merits,' and this Court will not speculate as to the Fifth Circuit's unstated intentions. *Trump v. Boyle*, 145 S. Ct. 2653, 2654 (2025). Finally, even assuming that the stay has some precedential effect, this Court's decision rests on substantive due process grounds, not the procedural due process reasoning at issue in *Sosnava Rodriguez*. For these reasons, the Court finds that the stay has no effect on its ruling on Petitioner's claims." ECF No. 6 at 2 n.1.

For the same reasons articulated in its previous order, Respondents' Motion to Stay (ECF No. 11) is **DENIED**. The Court's prior order for release remains in effect.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on July 29, 2026.

Keith P. Ellison
United States District Judge